

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00425-CV

| | | |
|---|---|---|
| DONALD DUNN AND JACKEY DUNN D/B/A DOUBLE D LIQUOR, Appellants | § | On Appeal from the 89th District Court |
| | § | of Wichita County (180,335-C) |
| V. | § | July 11, 2019 |
| MENGTAI PETROLEUM MACHINERY, CO., LTD., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Donald Dunn and Jackey Dunn d/b/a Double D Liquor shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel